# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MICHAEL FRIEDMAN
v.
J. CAMERON DRECOLL, et al.,

Case Number: 11-cv-01313

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J. Cameron Drecoll

| | |
|---|---|
| NAME (Type or print) <br> Marshall L. Blankenship | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Marshall L. Blankenship | |
| FIRM <br> Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C. | |
| STREET ADDRESS <br> 150 N. Michigan Ave., Suite 2130 | |
| CITY/STATE/ZIP <br> Chicago, Illinois, 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06193471 | TELEPHONE NUMBER <br> (312) 781-2800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐