# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
MICHAEL FRIEDMAN  
v.  
J. CAMERON DRECOLL, et al.,

Case Number: 11-cv-01313

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J. Cameron Drecoll

| |
|---|
| NAME (Type or print)<br>Paul E. Lehner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Paul E. Lehner |
| FIRM<br>Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C. |
| STREET ADDRESS<br>150 N. Michigan Ave., Suite 2130 |
| CITY/STATE/ZIP<br>Chicago, Illinois, 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03121847 | TELEPHONE NUMBER<br>(312) 781-2800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |