# United States District Court
# Northern District of Illinois

In the Matter of

Michael Friedman

v.

J. Cameron Drecoll

District Judge Robert W. Gettleman

Case No. 11-CV-1313

Designated Magistrate Judge
Robert W. Gettleman

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Edmond E. Chang to be related to 11 C 1059 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Robert W. Gettleman**

Date: Tuesday, April 26, 2011

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Robert W. Gettleman

## ENTER

## FOR THE EXECUTIVE COMMITTEE

**Chief Judge James F. Holderman**

Dated: Tuesday, April 26, 2011

District Reassignment - Finding of Relatedness