# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1313 | **DATE** | 4/28/2011 |
| **CASE TITLE** | Michael Friedman vs David P. Reiland | | |

**DOCKET ENTRY TEXT:**

Plaintiff's in camera submission as outlined in open court, which may be in excess of 15 but not more than 25 pages, is due by 5/16/2011. Defendants need not file an answer to the complaint at this time. Status hearing is set for 6/21/2011, at 1:30 p.m.

[Docketing to mail notice]

00:10

| | Courtroom Deputy | GDS |
|---|---|---|