**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL FRIEDMAN, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> J. CAMERON DRECOLL, *et al.*, <br><br> Defendants, <br><br> and <br><br> BROADWIND ENERGY, INC. <br><br> Nominal Defendant. | ) <br> ) <br> ) <br> ) Case No. 11-CV-01313 <br> ) <br> ) Honorable Robert W. Gettleman <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**BROADWIND ENERGY, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Broadwind Energy, Inc. ("Broadwind") hereby states that Broadwind has no parent corporation and that no publicly held corporation owns 10% or more of Broadwind's stock. Broadwind further states that it has no publicly held affiliates as defined in Local Rule 3.2.

Dated: May 3, 2011

BROADWIND ENERGY, INC.

By its attorneys:

**/s/ James W. Ducayet**

James W. Ducayet
Kristen R. Seeger
Brian S. Shull
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000